# STATE OF MICHIGAN

# COURT OF APPEALS

*In re* PETITION OF WAYNE COUNTY
PETITIONER FOR FORECLOSURE.

---

WAYNE COUNTY PETITIONER,

        Petitioner-Appellee,

v

J. L. DUMAS, LLC,

        Respondent-Appellant.

---

UNPUBLISHED
April 19, 2018


No. 336003
Wayne Circuit Court
LC No. 15-007718-CH

Before: BORRELLO, P.J., and SHAPIRO and TUKEL, JJ.

SHAPIRO, J. (*concurring*).

    I concur in the result only.


        /s/ Douglas B. Shapiro

-1-